# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ALLEN FEINGOLD, | : | No. 315 EAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Respondent | : | |
| | | |
| RUTH WALLACE, JOHN WALLACE, | : | No. 319 EAL 2019 |
| WILLIAM WALLACE AND JAMIE | : | |
| WALLACE | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |
| | : | |
| PETITION OF: ALLEN FEINGOLD | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.